JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6/8/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. HERNANDEZ,<br><br>Petitioner,<br><br>vs.<br><br>M. MARTEL, (Warden A),<br><br>Respondent. | Case No. SACV 09-0109-SGL (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6-8-09

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE